PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KESHA DEE GOLDSBY, | ) | |
| | ) | CASE NO.  1:14CV0383 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Kesha Dee Goldsby's application for Supplemental Security Income after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge James R. Knepp, II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  The Magistrate Judge submitted a Report and Recommendation (ECF No. 16) recommending that the decision of the Commissioner be affirmed as supported by substantial evidence.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Neither party has filed objections, evidencing satisfaction with the Magistrate Judge's recommendations.  Any further review by this Court would be a

(1:14CV0383)

duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813

(6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*,

932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

     Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted.

The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in

favor of Defendant.


     IT IS SO ORDERED.


  January 25, 2015                     */s/ Benita Y. Pearson*
Date                                         Benita Y. Pearson
                                          United States District Judge